presentence report *(People v Murray,* 63 AD2d 708). Accordingly, we modify to the extent indicated. Concur—Murphy, P. J., Sandler, Sullivan, Ellerin and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD J. HALLORAN, Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on October 31, 1986, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Murphy, P. J., Carro, Rosenberger, Ellerin and Smith, JJ. *[See,* 131 Misc 2d 901.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD F. MADDEN, Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on October 31, 1986, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Murphy, P. J. Carro, Rosenberger, Ellerin and Smith, JJ. *[See,* 131 Misc 2d 901.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRAZIER HILL, Appellant.—Judgment, Supreme Court, Bronx County (Ivan Warner, J., at sentence; William Holland, J., at *Wade* hearing), rendered on March 16, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Carro, Rosenberger and Wallach, JJ.

■ In the Matter of NEW YORK NEWS, INC., et al., Appellants, v EDWARD I. KOCH, as Mayor of the City of New York, et al., Respondents.—Appeals from an order, Supreme Court, New York County (Bruce Wright, J.), entered on or about May 15, 1987, and judgment of said court, entered on or about May 26, 1987, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Milonas, Kassal, Wallach and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANIBAL RIOS, Appellant.—Judgment, Supreme Court, Bronx County (Jerome Hornblass, J.), rendered on October 3, 1985, unanimously affirmed.